E-filing

FILED
08 JUL 16 AM 10: 51

RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Name  CARROLL          TERRY          LEE
      (Last)           (First)        (Initial)

Prisoner Number  F-65189          E-1-13

Institutional Address  PO Box 1050 Soledad CA 93960

Silinas Valley State Prison

===============================================================

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRY LEE _ CARROLL
(Enter the full name of the
plaintiff in this action)

Case No.  CV 08 3425 JF (PR)
(To be provided by the clerk
of court)

vs.

Calif Dept of Corrections

Head Librarian Silinas Valley State Prison

E Yard Sargent Gonzales

RN Mike Barker / MD Robert Bowman
(Enter the full name of the
defendant(s) in this action)

COMPLAINT UNDER THE CIVIL
RIGHTS ACT, 42 U.S.C § 1983

(X) DEMAND FOR JURY TRIAL
(_) NO JURY TRIAL DEMAND
    (check one only)

All questions on this complaint form must be answered in order for your action to proceed.

I. Exhaustion of Administrative Remedies

Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

1

A. Place of present confinement <u>Silinas Valley State Prison</u>

B. Is there a grievance procedure in this institution?
YES (X)    NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure? YES (X)  NO ( )

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

   1. Informal appeal <u>Rejected</u>

   2. First formal level _____

   3. Second formal level _____

   4. Third formal level _____

E. Is the last level to which you appealed the highest level of appeal available to you?  YES ( ).  NO (X)

F. If you did not present your claim for review through the grievance procedure, explain why. <u>They sent it back saying I didn't meet time limits</u>

II. Parties

Write your name and your present address. Do the same for additional plaintiffs, if any.

A. <u>Terry Carroll F65189    E-1-13</u>

PO Box 1050 Silinas Valley State prison Soledad Calif 93960

Write the full name of each defendant, his or her official
position, and his or her place of employment.

B. UNKNOWN Head Librarian over Law library Silinas Valley State prison

E yard Sgt Gonzales Silinas Valley State prison

RN Mike Barker Medical staff Silinas Valley State prison

MD Robert Bowman Medical staff Silinas Valley State prison

III. Statement of Claim

State here as briefly as possible the facts of your case. Be
sure to describe how each defendant is involved and to include dates,
when possible. Do not give any legal arguments or cite any cases or
statutes. If you have more than one claim, each claim should be set
forth in a separate numbered paragraph.

1) I was Recived to Silinas Valley State prison on 7-18-07 for medical purpouses

2) Silinas Valley State prison has not taken care of my chronic Health problems they have know about sence my Arrivil in 7-07

3) Medical staff has known I need surgery for 1 year now

4) I have been in a world of pain sence I have arrived at SVSP

5) Medical staff has watched my health worsen and have done Nothing to correct my health nor have they given me any thing to control the pain I've been in

7) I first filed Any Number of ADA Acommodation forms

8) I've also filed a number of 602 grievences on medical

3

⑨ I then filed AN EMERGENCY Appeal on medical

⑩ I then Filed A citizens complaint on medical for medical neglegence AND Delibirit indifference About opinions from outside doctors

⑪ I started filling out paper work threw the courts To get CDC To do my surgerys

⑫ ON OR About June 30 2008 To July 2 2008 The head Librarian of Silinas Valley state prison Took All Law Books AND Alot of the Legal forms AND threw them in A Recycle Bin

⑬ Now I have no law books to Research my legal work I was in the middle of Doing at the time

⑭ Not haveing the Law Books to do Research has hindered me from finishing what I was working on

⑮ Not being Able To get The Law forms I need Has obstructed my Access To the Courts

IV. Relief

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

① Compensatory damages for pain & suffering in the Amount of $900,000.00

② Punitive Damages "for CDC staff Reckless AND Callous indifferences About my medical needs"

③ Injunctive Relief To order medical staff To take Action on my sergerys

DATED: 7-8-08     X Terry F Carroll
                    (Plaintiff's signature)

------------------------------------------------------------

## VERIFICATION
(optional)

I am the plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7-8-08                    x _Terry J Carroll_
                                 (Plaintiff's signature)

------------------------------------------------------------

## JURY TRIAL DEMAND
(optional)

I demand a jury trial for all claims for which a jury trial is allowed.

   YES (X)      NO ( )    (check one only)

Dated: 7-8-08                    x _Terry J Carroll_
                                 (Plaintiff's signature)

(rev. 11/98)

Terry Carroll F65189
E.1-13 P.O. Box 1050
Salinas Valley State Prison
Soledad, Calif. 93960

LEGAL
Mail

STATE PRISON
GENERATED MAIL

Civil Right Division
U.S. Court House
450 Golden Gate Ave
San Fransico, Calif.
94102-3483

Terry Carroll F-65189 E1-13
Salinas Valley State Prison
P.O. 1050
Soledad Ca. 93960

Civil Rights Division
U.S. Court House
450 Golden Gate Ave
San Fransico Ca. 94102-3483

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS** TERRY CARROLL
E.1-13 PO BOX 1050
Soledad CA 93960

**DEFENDANTS** Calif Dept of Corrections
HEAD LIBRARIAN / Sgt GONZALES

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF MONTEREY
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT MONTEREY
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
IN PRO PER

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN × IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN × IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

MEDICAL NEGLIGENCE, INADEQUATE MEDICAL CARE
Eigth Amendment, Fourteenth Amendment ACCESS TO LAW form preperation
AND My Right TO A LAW LIBRARY

## V. NATURE OF SUIT (PLACE AN × IN ONE BOX ONLY)

550 Civil Rights [checked]

## VI. ORIGIN (PLACE AN × IN ONE BOX ONLY)

☒ 1 Original Proceeding

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23
DEMAND $ 9,000.00
JURY DEMAND: ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY

DATE 7-8-08
SIGNATURE OF ATTORNEY OF RECORD × IN PRO PER Terry L Carroll F65189

UNITED STATES DISTRICT COURT

#1

AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

NORTHERN _____ DISTRICT OF Calif _____

TERRY CARROLL

v.

Calif Dept of Corrections
Head Librarian Silinas Valley State Prison
Sgt Gonzales Eyard Sargent
RN Mike Barker / M.D. Robert Bowman

TO: (Name and Address of Defendant)

Silinas Valley State Prison
PO Box 1050
Soledad CA 93960

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address) TERRY CARROLL F-65189 E.1-13
PO Box 1050 Soledad CA 93960

IN PRO PER

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____     _____
CLERK                        DATE