E-filing

FILED
08 JUL 16 AM 10:51
RICHARD W. WIEKING
CLERK, US DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRY CARROLL
      Plaintiff,

v.

Calif Dept of Corrections
Head Librarian / Sgt Gonzales
RN. Barker / M.D. Bowman
      Defendant.

CASE NO. JY 08 3425 JF

PRISONER'S
IN FORMA PAUPERIS
APPLICATION

(PR)

I, TERRY CARROLL, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?   Yes  X    No _____

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____∅____    Net: ____∅____

Employer: Janitorial Education Class, Mr Lambert
PO Box 1050 Soledad CA 93960 Salinas Valley State Prison

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

NA

rev. 11/97                               2

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment    Yes \_\_\_\_ No ✓

    b. Income from stocks, bonds, or royalties?    Yes \_\_\_\_ No ✓

    c. Rent payments?    Yes \_\_\_\_ No ✓

    d. Pensions, annuities, or life insurance payments?    Yes \_\_\_\_ No ✓

    e. Federal or State welfare payments, Social Security or other government source?    Yes \_\_\_\_ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

N/A

3. Are you married?    Yes ✓   No \_\_\_\_

Spouse's Full Name: Connie Carroll

Spouse's Place of Employment: U/K

Spouse's Monthly Salary, Wages or Income:

Gross $ U/K      Net $ U/K

4. a. List amount you contribute to your spouse's support:

$ 0.00

    b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

Self, $0.00

5. Do you own or are you buying a home?    Yes \_\_\_\_ No ✓

Estimated Market Value: $ N/A    Amount of Mortgage: $ N/A

6. Do you own an automobile?    Yes \_\_\_\_ No ✓

Make N/A      Year N/A    Model N/A

Is it financed? Yes N/A   No N/A   If so, Total due: $ N/A

Monthly Payment: $ N/A

7.  Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes _____    No ✓

Name(s) and address(es) of bank: N/A

Present balance(s): $ N/A

Do you own any cash?   Yes _____    No ✓    Amount: $ N/A

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)    Yes _____    No ✓

N/A

8.  What are your monthly expenses?

Rent: $ 0.00                                Utilities: 0.00

Food: $ 0.00                                Clothing: 0.00

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| N/A | $ N/A | $ N/A |
| N/A | $ N/A | $ N/A |

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

No.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7/9/08
DATE                              Terry L Carroll
                                  SIGNATURE OF APPLICANT

3

```
                SUPERIOR COURT OF THE STATE OF
              CALIFORNIA FOR THE COUNTY OF _____
```

PEOPLE OF THE STATE )
OF CALIFORNIA,      )
          Plaintiff,)
                    )
      -Vs-          )
                    )
_____)
          Defendant.)
      in Pro Per

CASE NO. _____

DECLARATION OF
INDIGENCY

I, THE UNDERSIGNED, DECLARE AS FOLLOWS:

I am the defendant in the above-entitled case.

I am informed and believe that the preparation of a transcript of the proceedings described in the accompanying notice of motion will cost $120.00.

I do not have sufficient funds to pay for the preparation of this transcript.

I declare under penalty of perjury that the foregoing is true and correct, except as to matters stated on information and belief, and as to those matters, I believe them to be true.

Executed on this 9 day of July, 2008 at Salinas Valley State Prison, California.

_____
Terry J Carroll
          Defendant   in Pro Per