E-filing

FILED
08 JUL 16 AM 10: 51
RICHARD W. WIEKING
CLERK US DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
AUG 22 2008

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Name  **CARROll**        **TERRY**         **LEE**
      (Last)              (First)           (Initial)

Prisoner Number  **F-65189**    **E-1-13**

Institutional Address  **PO Box 1050 Soledad CA 93960**
**Silinas Valley State prison**

===============================================================

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**TERRY LEE — CARROll**
(Enter the full name of the plaintiff in this action)

Case No. **CV 08 3425 JF (PR)**
(To be provided by the clerk of court)

vs.

**Calif Dept of Corrections**
**Head Librarian Silinas valley state prison**
**E Yard Sargent Gonzales**
**RN Mike Barker / MD Robert Bowman**
(Enter the full name of the defendant(s) in this action)

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983

(X) DEMAND FOR JURY TRIAL
( ) NO JURY TRIAL DEMAND
    (check one only)

All questions on this complaint form must be answered in order for your action to proceed.

I. **Exhaustion of Administrative Remedies**

Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

1

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| TERRY CARROLL F65189 <br> SALINAS VALLEY STATE PRISON. Soledad, Ca. <br> TELEPHONE NO.: P.O. Box 1050   FAX NO.: E1-13 <br> ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Monterey County
STREET ADDRESS:
MAILING ADDRESS: 1200 Aguajito Road
CITY AND ZIP CODE: Monterey, Calif 93940
BRANCH NAME:

CASE NAME: Professional Negligence

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: CV08 3425 |
|---|---|---|
| [X] Unlimited  [ ] Limited <br> (Amount       (Amount <br> demanded     demanded is <br> exceeds $25,000)  $25,000 or less) | [ ] Counter  [X] Joinder <br> Filed with first appearance by defendant <br> (Cal. Rules of Court, rule 3.402) | JUDGE: <br> DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| [ ] Auto (22) | [ ] Breach of contract/warranty (06) | (Cal. Rules of Court, rules 3.400–3.403) |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Antitrust/Trade regulation (03) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | [ ] Other collections (09) | [ ] Construction defect (10) |
| [ ] Asbestos (04) | [ ] Insurance coverage (18) | [ ] Mass tort (40) |
| [ ] Product liability (24) | [ ] Other contract (37) | [ ] Securities litigation (28) |
| [ ] Medical malpractice (45) | **Real Property** | [ ] Environmental/Toxic tort (30) |
| [ ] Other PI/PD/WD (23) | [ ] Eminent domain/Inverse condemnation (14) | [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) | **Enforcement of Judgment** |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | [ ] Enforcement of judgment (20) |
| [ ] Civil rights (08) | **Unlawful Detainer** | **Miscellaneous Civil Complaint** |
| [ ] Defamation (13) | [ ] Commercial (31) | [ ] RICO (27) |
| [ ] Fraud (16) | [ ] Residential (32) | [ ] Other complaint (not specified above) (42) |
| [ ] Intellectual property (19) | [ ] Drugs (38) | **Miscellaneous Civil Petition** |
| [X] Professional negligence (25) | **Judicial Review** | [ ] Partnership and corporate governance (21) |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | [ ] Other petition (not specified above) (43) |
| **Employment** | [ ] Petition re: arbitration award (11) | |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

2. This case [X] is  [ ] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties   d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. [X] Substantial amount of documentary evidence   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a.[ ] monetary   b.[ ] nonmonetary; declaratory or injunctive relief   c.[X] punitive
4. Number of causes of action (specify):
5. This case [X] is  [ ] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: Aug 13-08   TERRY CARROLL  ▶ *Terry L Carroll*
         (TYPE OR PRINT NAME)        (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; <br> Cal. Standards of Judicial Administration, std. 3.10 <br> www.courtinfo.ca.gov |

## 832.5 CITIZENS COMPLAINTS
INVESTIGATION; DESCRIPTION OF PROCEDURE; RETENTION OF RECORDS

(a) Each department or agency in this state which employs peace officers shall establish a procedure to investigate citizens complaints against the personnel of such departments or agencies and shall make a written description of the procedure available to the public.

(b) Complaints and any reports or findings relating thereto shall be retained for a period of at least five years. (All reference to California Penal Code 1994).

## PERSONNEL COMPLAINT:

Complainant: TERRY CARROLL F65189

Address: PO Box 1050   E-1-13

City: Soledad   State: CA   Zip: 93960

Date and time of Incident: 7-18-07 TO 7-7-08

Location of Incident: Silinas Valley state prison E yard

Personnel Involved: All medical staff RN's Doctors

Names and Addresses of witnesses: Staff complaints, medical 602 grievence forms, law suits Filed against the medical Department here on E yard or for that matter All of Silinas Valley State prison I'm sure there's plenty By the way they have done me over the last year

CIRCLE ONE:
- Police Department
- California Hwy. Patrol
- Sheriff's Department
- **(Medical Staff)**
- District Attorney
- Dept. Of Corrections

Statement of Complaint: I was transfered from Corcoran on 7-18-07 for surgery purposes I've been here at Silinas Valley prison since 7-18-07 and have seen a few outside Doctors about my chronic health disability and was told that it could be corrected with surgery to keep me from being in pain but the RN's and Doctors here at E yard Facility have let my medical condition worsen to where I'm bed Ridden and barely wheel chair mobil CDC medical staff has been putting off
(Please see attachments)
Continue see Attachment

I the undersigned declare of penalty of perjury under the laws of the State of California that the foregoing complaint is true and correct and as such facts averred upon information and belief, that I am so informed and believe the same to be true, and affix my signature hereto.

Dated this 18 day of July, 2008   Terry Carroll
COMPLAINANT SIGNATURE

*Statement of complaint continued*

Page 1

giving me the adequate medical care I need because there oppinion differs from the outside Doctors witch is a Deliberit Indeference of oppinion.

I've had a pain scale of better and beyond a #10 to witch I can no longer walk, stand, sit or lay down with out suffering greatly I've told ever RN and Doctor I've seen here on E yard silinas valley state prison from 7-18-07 to today 7-5-08 to witch none will listen I have filed 602 greviences that have gone unanswered for month I've been putting in ADA Acomodation form's and have been granted things CDCR medical staff has not supplied me nor has CDCR medical addressed the issues I've put on a number of medical Request nor has the medical RN's or Doctors given me enough medication to eaze the pain I have supporting documentation from an outside Doctor showing all my medical problems and CDCR medical staff has ignored my cry's for medical Help its been 1 year sence I was sent here for medical care to witch I have not got as of today 7-5-08

My cry's for medical help here on E-yard silinas valley state prison have gone unanswered

Continue page 2

CONTINUED
Page 2

And now I am bed ridden and can no longer get to chow and being in so much pain that when I do eat I throw it up I can no longer get out of bed with out some ones help. RN Mike Barker has not even seen me for Treage to elvaueate my condition over the months nor have I seen the facility doctor cause he's been a no show for weeks now on 7-5-08 I talk to the Head RN Peggie at 11:15 am and told her I felt bad Im not able to help my self do to the pain and I stated Ive been waiting 1 year for adequate medical care and she stated "There's nothing she could do" Then she stated "you've been waiting a year"

CDCR need's to change there medical prioritys here on E-yard cause medical is "non exsistant" here on E yard on a few occations Head RN Peggie despenced medication where she would leave medical before the 11: am med call and not return so that C/O Borroso could have the medical floor waxed instead of letting her RN Peggie pass out meds

Continue page 3

Continued Page 3

The floor being waxed was more important then letting people get their needed meds

Also there is not a RN to dispence meds here on E yard on weekeds or Holidays to witch I have to crawl into a van and go up to the level 4 yard to get the 1 tylonal 3 and now that I'm confined to a wheel chair and a bed it is impossible for me to get around.

My main complaint is why CDCR Dont approve my serious surgerys to keep me from being in pain as days and months and years go by my health has detereorated I came in walking but now I cant stand or walk.

Outside Doctors say I have cists in my joints witch need removed from my lower back my Hips, my Knee's and my Right Ankle.

When is enough medical neglect enough?

I'm a criticle care inmate but that means nothing here at silinas valley state prison

Screening and accessing my medical Rights just Dont happen here

CDC need a over Haul on RN's & Doctors Here 85% of the time the Doctor is a no show

Continue 4 →

Continued Page # 7

out of being Ducated to see the Doctor maybe 2 time out of 5 you might be seen

I submitted An Emergence Appeal 2 Days Ago The have Not Answered And 1-602 And a Number of ADA forms.

Some-one Need To put a stop to the Inadaquate medical care here at Silinas Valley State prison before some one dies Do To medical Neglect And Deliberate Indifferences Between Out side Care And inside Care

If an outside Doctor says you Condition is Bad such as what I was told by outside Doctors.

The Doctor I seen said my Condition was very Serious over a year Ago And Now it is 50 Times Worse The outside Doctor says with out the surgery I could be paralized or worse But CDC Won't do or Approve my surgery because I parole in 5 month And who Knows what Condition I'll be in by then Im Afraid CDC medical will let me die for all They care

Someone needs to check CDC's 602 on medical As well As ADA Acomodation forms To see all The medical Neglect Thats going on here.

Please check The Records Thank you

**SALINAS VALLEY RADIOLOGISTS, INC.**
A MEDICAL GROUP
559 Abbott Street • Salinas, California 93901
Telephone (831) 77_-5200

JAMES A. KOWALSKI, M.D.
DONALD A. CATALANO, M.D.
GILES A. DUESDIEKER, M.D.
MICHAEL E. BASSE, M.D.
DAVID A. STAUNTON, M.D.
GARY E. FALKOFF, M.D.
RICHARD A. VILLALOBOS, M.D.

CHRIS GLENN, M.D.
B. MSA HOSCHAMA, M.D.
Y-LAN HO, M.D.
BRUCE LIN, M.D.
ROY MARTINEZ, M.D.
F. SCOTT PERELES, M.D.

PATIENT NAME: TERRY-F65189 CARROLL
ACCOUNT NO: 9456449
RADIOLOGY NUMBER: 9456449

AT THE REQUEST OF
RANDY SID MD
31625 HIGHWAY 101
SOLEDAD, CA 93960

DATE OF BIRTH: 02/03/1953
AGE/SEX: 54/M
DATE OF SERVICE: 07/26/2007

The study was performed by an outside facility and the film submitted to Salinas Valley Radiologists for interpretation.

BILATERAL HIPS AND PELVIS

HISTORY: Patient is a 54-year-old male with bilateral hip pain and disability.

COMPARISON: There are no prior studies available for comparison.

FINDINGS: Diffuse moderately severe right hip joint space narrowing with subchondral sclerosis as well as subchondral cyst formation and marginal spurring. The left hip joint space is patent, however, there is subchondral sclerosis and subchondral cyst formation at the superior left acetabulum. No fracture or joint subluxation. Sacroiliac joints are patent. Levoscoliosis noted involving the lumbar spine in the field of view. Disk height loss at with marginal osteophytes at L4-5 and L3-4. Multiple pelvic phleboliths are seen. Normal bone mineralization.

IMPRESSION:
1. Moderately severe degenerative changes of the right hip joint.
2. Early degenerative changes of the left hip joint.
3. Lumbar spondylolysis.

Thank you for referring your patient to us,

** PRELIMINARY REPORT - NOT APPROVED BY PHYSICIAN **

Doctor Misc. MD
DM/jd
7/30/07

RECD AUG 0 8 2007

TERRY CARROLL F65189
Salinas Valley State Prison
P.O. Box 1050 EL-13
Soledad, Calif.

STATE PRISON GENERATED MAIL

OFFICE OF THE CLERK, U.S. District Court
NORTHERN District of California
SAN FRANCISCO, Calif.
450 Golden Gate
Golden Gate 94102



*[Signature: B. Reeves, dated 8-14-08, with filing stamp]*