FILED
08 AUG 22 PM 1:42

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TERRY CARROLL Plaintiff,

vs.

Calif Dept of Correction Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED   **JF**
IN FORMA PAUPERIS

(PR)

I, TERRY LEE CARROLL, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 0                               Net: 0
Employer: Not Employer  "No Job"

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  Yosemite SALES, MADERA, CaLiF.
5  10 year ago! $1200°° a month plus
6  House to Live in.

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9       a.   Business, Profession or                Yes ___ No ✓
10           self employment
11      b.   Income from stocks, bonds,             Yes ___ No ✓
12           or royalties?
13      c.   Rent payments?                         Yes ___ No ✓
14      d.   Pensions, annuities, or                Yes ___ No ✓
15           life insurance payments?
16      e.   Federal or State welfare payments,     Yes ___ No ✓
17           Social Security or other govern-
18           ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____

23 3.    Are you married?                          Yes ✓ No ___
24 Spouse's Full Name: CONNIE CARROLL
25 Spouse's Place of Employment: NA
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $ NA                    Net $ NA
28 4.    a.   List amount you contribute to your spouse's support: $ 0

|   |   |   |
|---|---|---|
| 1 | b. | List the persons other than your spouse who are dependent upon you for |
| 2 |   | support and indicate how much you contribute toward their support. (NOTE: |
| 3 |   | For minor children, list only their initials and ages. DO NOT INCLUDE |
| 4 |   | THEIR NAMES.). |

NONE
_____

5. Do you own or are you buying a home?   Yes ___ No ✓

Estimated Market Value: $ 0   Amount of Mortgage: $ 0

6. Do you own an automobile?   Yes ___ No ✓

Make  No   Year  0   Model  0

Is it financed? Yes ___ No ✓   If so, Total due: $ _____

Monthly Payment: $ 0

7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

Present balance(s): $ 0

Do you own any cash? Yes ___ No ✓ Amount: $ 0

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

_____

8. What are your monthly expenses? I AM Lock up!

Rent: $ 0   Utilities: 0

Food: $ 0   Clothing: 0

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| NONe | $ 0 | $ 0 |
|   | $ _____ | $ _____ |
|   | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

Child supose $150.00 per month

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

NONE

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

July 25, 08                    Terry L. Carroll
DATE                           SIGNATURE OF APPLICANT